**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United Van Lines, L.L.C., | ) | No. CV-07-1886-PHX-LOA |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Susan Dunkin, | ) | |
| Defendant. | ) | |

Having considered Plaintiff's Motion to Continue Hearing Set for April 11, 2008 and good cause appearing,

**IT IS ORDERED** granting Plaintiff's Motion to Continue Hearing Set for April 11, 2008 and rescheduling the date and time for a default judgment hearing before the undersigned **on Tuesday, May 6, 2008 at 10:00 a.m.** (Arizona time) in Courtroom 302 at the Sandra Day O'Connor U.S. Courthouse, Phoenix, Arizona.

DATED this 26th day of March, 2008.

Lawrence O. Anderson
United States Magistrate Judge