**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United Van Lines, L.L.C., | ) | No. CV-07-1886-PHX-LOA |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| Susan Dunkin, | ) | |
| Defendant. | ) | |

The docket reflects that the April 22, 2008 court order mailed to Defendant's last known address was returned to the Clerk as "unable to forward." (docket # 21)

Local Rule (LRCiv ) 83.3(d) provides:

> (d) Notice of Name and Address Changes. An attorney or **unrepresented party** must file a notice of a name or address change, and an attorney must also file a notice of a change of firm name or e-mail address. The notice must be filed **no later than 10 days before the effective date of the change**, except that an unrepresented party who is incarcerated must submit a notice within 5 days after the effective date of the change. A separate notice must be filed in each active case.

LRCiv 83.3(d) (emphasis added). Sanctions may be entered pursuant to LRCiv 83.1(f) for failure to comply with the Local Rules.

On the Court's own motion,

**IT IS ORDERED** that Defendant Susan Dunkin shall provide the Clerk and adverse counsel with her new address by **Friday, May 16, 2008**.

1  **IT IS FURTHER ORDERED** that counsel and any party, if unrepresented,
2  shall hereinafter comply with the Rules of Practice for the United States District Court for
3  the District of Arizona, as amended on December 1, 2007.  The District's Rules of Practice
4  may be found on the District Court's internet web page at www.azd.uscourts.gov/.  All other
5  rules may be found at www.uscourts.gov/rules/.  The fact that a party is acting *pro se* does
6  not discharge this party's duties to "abide by the rules of the court in which he litigates."
7  *Carter v. Commissioner of Internal Revenue*, 784 F.2d 1006, 1008 (9th Cir. 1986).

8  DATED this 5th day of May, 2008.

*[signature]*
Lawrence O. Anderson
United States Magistrate Judge